**United States Bankruptcy Court**
**Eastern District of Michigan**

In re

**Vic Power Hamilton and Myra Denise Hamilton**

_____

Debtor(s)

Case No. **09-77042**

Chapter **7**

### DEBTORS' WITHDRAWAL OF
### ANSWER TO MOTION FOR RELIEF FROM AUTOMOTIC STAY

     Debtors Vic & Myra Hamilton, through their attorney Gregory L. Dodd (P-43404), hereby withdraw their Answer to BAC Home Loans Servicing, LP's Motion to lift stay.

Dated: February 15, 2010     /s/Gregory L. Dodd_____
                              Gregory L. Dodd (P-43404)
                              Attorney for Debtors Vic
                                  and Myra Hamilton
                              300 North Huron Street
                              Ypsilanti, MI  48197
                              Phone: (734) 487-2611
                              E-mail: gregorydodd@doddkeyeslaw.com